IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| NUVERRA ENVIRONMENTAL ) | Bankruptcy Case No. 17-10949 (KJC) |
| SOLUTIONS, INC., *et al.*, ) | |
| ) | |
| Reorganized Debtors. ) | |
| DAVID HARGREAVES, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 17-cv-01024 (RGA) |
| NUVERRA ENVIRONMENTAL ) | |
| SOLUTIONS, INC., *et al.*, ) | |
| ) | |
| Appellees. ) | |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

David Hargreaves, appellant, appeals to the United States Court of Appeals for the Third Circuit from the Order (D.I. 47) of the United States District Court for the District of Delaware entered in the above-captioned bankruptcy appeal on August 21, 2018 (the "Order"), dismissing appellant's appeal of the plan confirmation order in the above-captioned cases under chapter 11 of the Bankruptcy Code[1] on grounds of equitable mootness and, alternatively, affirming the confirmation order as consistent with existing precedent as more fully set forth in the Memorandum (D.I. 46) dated August 21, 2018 (the "Memorandum"). True and correct copies of the Order and the Memorandum are attached hereto as Exhibits A and B, respectively.

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

The parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| **Appellant** | |
| David Hargreaves | DRINKER BIDDLE & REATH LLP<br>Steven K. Kortanek (Del. Bar No. 3106)<br>222 Delaware Ave., Suite 1410<br>Wilmington, Delaware 19801-1621<br>Tel: (302) 467-4200<br>Fax: (302) 467-4201<br>E-mail: steven.kortanek@dbr.com<br><br>-and-<br><br>James H. Millar (admitted *pro hac vice*)<br>Clay J. Pierce (admitted *pro hac vice*)<br>Stacy A. Lutkus (admitted *pro hac vice*)<br>1177 Avenue of the Americas, 41st Fl.<br>New York, New York 10036-2714<br>Tel: (212) 248-3140<br>Fax: (212) 248-3141<br>E-mail: james.millar@dbr.com;<br>clay.pierce@dbr.com;<br>stacy.lutkus@dbr.com |
| **Appellees** | |
| Nuverra Environmental Solutions, Inc., *et al*. | SHEARMAN & STERLING, LLP<br>Fredric Sosnick<br>William J.F. Roll, III<br>Sara Coelho<br>Stephen M. Blank<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>Tel: 212-848-4000<br>E-mail: fsosnick@shearman.com;<br>wroll@shearman.com;<br>sara.coelho@shearman.com;<br>stephen.blank@shearman.com<br><br>-and- |

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan
Kenneth J. Enos
Jaime Luton Chapman
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: 302-571-6600
E-mail: pmorgan@ycst.com;
kenos@ycst.com;
jchapman@ycst.com

Interested Parties

Supporting Noteholders

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP
Brad Eric Scheler
Jennifer Rodburg
Carl I. Stapen
One New York Plaza
New York, New York 10004
Tel: 212-859-8019 (Scheler)
212-859-8520 (Rodburg)
212-859-8022 (Stapen)
E-mail: brad.scheler@friedfrank.com;
jennifer.rodburg@friedfrank.com;
carl.stapen@friedfrank.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones
Peter J. Keane
919 North Market Street
17th Floor
Wilmington, Delaware 19801
Tel: 302-652-4100
E-mail: ljones@pszjlaw.com;
pkeane@pszjlaw.com

| | |
|---|---|
| Official Committee of Unsecured Creditors | KILPATRICK TOWNSEND & STOCKTON LLP<br>Todd C. Meyers<br>Paul M. Rosenblatt<br>Michael D. Langford<br>1100 Peachtree Street N.E.<br>Suite 2800<br>Atlanta, Georgia 30309<br>Tel: 404-815-6500<br>E-mail: tmeyers@kilpatricktownsend.com;<br>prosenblatt@kilpatricktownsend.com;<br>mlangford@kilpatricktownsend.com<br><br>-and-<br><br>LANDIS RATH & COBB LLP<br>Richard S. Cobb<br>Matthew B. McGuire<br>Travis J. Ferguson<br>919 North Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br>Tel: 302-467-4400<br>E-mail: cobb@lrclaw.com;<br>mcguire@lrclaw.com;<br>ferguson@lrclaw.com |
| U.S. Trustee | Mark S. Kenney<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, Delaware 19801<br>Tel: 302-573-6491<br>E-mail: mark.kenney@usdoj.gov |
| Dated: September 19, 2018<br>Wilmington, Delaware | **DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Steven K. Kortanek*<br>Steven K. Kortanek (Del. Bar No. 3106)<br><br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1621<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>steven.kortanek@dbr.com |

-and-

James H. Millar (admitted *pro hac vice*)
Clay J. Pierce (admitted *pro hac vice*)
Stacy A. Lutkus (admitted *pro hac vice*)
1177 Avenue of the Americas, 41st Fl.
New York, NY 10036-2714
Tel: (212) 248-3140
Fax: (212) 248-3141
james.millar@dbr.com;
clay.pierce@dbr.com;
stacy.lutkus@dbr.com

*Counsel for Appellant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NUVERRA ENVIRONMENTAL SOLUTIONS, INC., *et al.*,<br><br>       Reorganized Debtors. | Bankruptcy Case No. 17-10949 (KJC) |
| DAVID HARGREAVES,<br><br>       Appellant,<br><br>vs.<br><br>NUVERRA ENVIRONMENTAL SOLUTIONS, INC., *et al.*,<br><br>       Appellees. | Civil Action No. 17-cv-01024 (RGA) |

## CERTIFICATE OF SERVICE

I, Steven K. Kortanek, hereby certify that on September 19, 2018, I caused the foregoing **Notice of Appeal to the United States Court of Appeals for the Third Circuit** (the "Notice") to be electronically filed with the Clerk of the Court using the CM/ECF System for the District of Delaware (the "CM/ECF System") which will send notification of such filing to all parties who are participants in the CM/ECF System in accordance with D. Del. L.R. 5.2. I further certify that I caused a copy of the Notice to be served on the following counsel by First Class U.S. Mail, postage prepaid:

| | |
|---|---|
| SHEARMAN & STERLING, LLP<br>Fredric Sosnick<br>William J.F. Roll, III<br>Sara Coelho<br>Stephen M. Blank<br>599 Lexington Avenue<br>New York, New York 10022-6069<br><br>*Counsel for Appellees Nuverra Environmental Solutions, Inc., et al.* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Pauline K. Morgan<br>Kenneth J. Enos<br>Jaime Luton Chapman<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br><br>*Counsel for Appellees Nuverra Environmental Solutions, Inc., et al.* |

| | |
|---|---|
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP<br>Brad Eric Scheler<br>Jennifer Rodburg<br>Carl I. Stapen<br>One New York Plaza<br>New York, New York 10004<br><br>*Counsel for Interested Party Supporting Noteholders* | PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>Peter J. Keane<br>919 North Market Street<br>17th Floor<br>Wilmington, Delaware 19801<br><br>*Counsel for Interested Party Supporting Noteholders* |
| KILPATRICK TOWNSEND & STOCKTON LLP<br>Todd C. Meyers<br>Paul M. Rosenblatt<br>Michael D. Langford<br>1100 Peachtree Street N.E.<br>Suite 2800<br>Atlanta, Georgia 30309<br><br>*Counsel for Interested Party Official Committee of Unsecured Creditors* | LANDIS RATH & COBB LLP<br>Richard S. Cobb<br>Matthew B. McGuire<br>Travis J. Ferguson<br>919 North Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br><br>*Counsel for Interested Party Official Committee of Unsecured Creditors* |
| Mark S. Kenney<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, Delaware 19801<br><br>*Interested Party U.S. Trustee* | |
| | DRINKER BIDDLE & REATH LLP<br><br>By: */s/ Steven K. Kortanek*<br>Steven K. Kortanek (Del. Bar No. 3106)<br><br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1621<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>steven.kortanek@dbr.com |

2